IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SCOTT RETZER,<br><br>Defendant. | CR 23-115-BLG-SPW-1<br><br>ORDER |

This order refers Defendant's Motion to Change Plea (Doc. 43), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing.

IT IS FURTHER ORDERED that the trial set for March 25, 2024, is **VACATED** as to this Defendant only.

DATED this 8th day of March, 2024.

SUSAN P. WATTERS
United States District Judge

1